ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: Jan. 8, 2014  
START: 2:00 p.m.  
END: 2:50 pm

DOCKET NO: 13-CV-3037 (CBA)

CASE: Martinez v. City of New York, et al.

___ INITIAL CONFERENCE  
_✓_ DISCOVERY CONFERENCE  
_✓_ SETTLEMENT CONFERENCE  

___ OTHER/ORDER TO SHOW CAUSE  
___ FINAL/PRETRIAL CONFERENCE  
___ TELEPHONE CONFERENCE

FOR PLAINTIFF: Robert Marinelli  
w/ plaintiff & plaintiff's father

FOR DEFENDANT: Joshua Lax

FACT DISCOVERY TO BE COMPLETED BY March 28, 2014

___ NEXT _____ CONFERENCE SCHEDULED FOR _____

_✓_ JOINT PRE-TRIAL ORDER (JPTO) TO BE FILED VIA ECF BY 6/30/14

___ PL. TO SERVE DEF. BY: 6/16/14   DEF. TO SERVE PL. BY: 6/23/14

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The parties are directed to respond to the Court's settlement proposal by January 10, 2014.

If the case doesn't settle, requests for a premotion conference are due by April 4, 2014. In addition, plaintiff's expert disclosure must be served by April 25, 2014; defendants' is due by May 23, 2014; expert depositions must be completed by June 9, 2014. The parties are directed to comply with the above schedule for the JPTO.