UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
**ROZLYN MARTINEZ,**

                **Plaintiff,**                    **ORDER**

        **-against-**                      **13-CV-3037 (CBA)**

**CITY OF NEW YORK, et al.,**

                **Defendants.**
----------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

      The parties have informed this Court that they have accepted its settlement proposal. They are directed to file a Stipulation of Discontinuance with the Clerk of the Court via ECF no later than **February 10, 2014**.

      The Clerk is directed to docket and serve this Order via ECF.

      **SO ORDERED.**

Dated:    Brooklyn, New York
           January 10, 2014

                                          /s/ *Roanne L. Mann*
                                    **ROANNE L. MANN**
                                    **UNITED STATES MAGISTRATE JUDGE**